USCA1 Opinion

 

 November 14, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1447  UNITED STATES, Appellee, v. JUAN CONSORO FAMILIA, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Juan Consoro Familia on brief pro se. ____________________ Sheldon Whitehouse, United States Attorney, and Kenneth P. ___________________ ___________ Madden, Assistant United States Attorney, on brief for appellee. ______ ____________________ ____________________ Per Curiam. Defendant Juan Consoro Familia appeals __________ a district court order that denied his motion to reduce his sentence for lack of jurisdiction. We have thoroughly reviewed the record and the parties' briefs on appeal. We conclude that the district court's analysis is correct, hence we summarily affirm on the basis of the district court's ______ order. Affirmed. See 1st Cir. R. 27.1. ________ ___ -2-